IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHAWNA C. LONG, | : | |
| | : | |
|     Claimant, | : | |
| | : | |
| v. | : | 7:07-CV-153 (WLS) |
| | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| | : | |
|     Respondent. | : | |
| _____ | : | |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 14), filed August 27, 2008. It is recommended that the Commissioner's decision to deny Claimant's application for social security benefits be **AFFIRMED.** Claimant has filed a timely objection. (Doc. No. 15).

Claimant's objection raises the issues and arguments raised before the Magistrate Judge. The Magistrate Judge addressed said arguments in his recommendation and found in favor of the Commissioner. Specifically, the Magistrate Judge throughly addressed the issues of whether the ALJ failed to properly evaluate the Claimant's residual function capacity and whether the ALJ failed to properly evaluate the Claimant's subjective allegations of pain. The Magistrate Judge made findings of fact and conclusions of law. Upon review the Court agrees with the Magistrate Judge's recommendations. Accordingly, the Claimant's objection (Doc. No. 15) is **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 14) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings made and reasons set out therein, and for reason of the findings and

reasons set out herein. Therefore, the Commissioner's decision to deny Claimant's application for social security benefits is **AFFIRMED**.

  SO ORDERED,  this   30th   day of September, 2008.

                /s/W. Louis Sands
              **W. Louis Sands, Judge**
              **United States District Court**